JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-5017-VBF (FFMx)**                              Dated: **August 8, 2011**

Title:     E-Responses.com, Inc. -v- AAA Northern California Nevada and Utah, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

       Joseph Remigio                                None Present
       Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

       None Present                                 None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER RE NOTICE OF VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFF E-RESPONSES.COM, INC. [DKT. #12]**

The Court has received Notice of Voluntary Dismissal of Action by Plaintiff E-Responses.com, Inc. (dkt. #12).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this case is dismissed.  All future dates are taken off calendar and this case is **CLOSED.**

**IT IS SO ORDERED.**

MINUTES FORM 90                              Initials of Deputy Clerk    jre
CIVIL - GEN

-1-